UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIANTE BUTLER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-3682 |
| | § | |
| DELTA AIR LINES, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that plaintiff's motion to remand (Dkt. 15) be denied and that defendants Dora Ruiz and Julie Holmes be dismissed as improperly joined. Dkt. 30. The M&R advises that any parties wishing to object to the M&R must do so by May 31, 2016. *Id.* at 9–10. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error in the Magistrate Judge's recommendation, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, plaintiff's motion to remand (Dkt. 15) is DENIED and defendants Dora Ruiz and Julie Holmes are DISMISSED as improperly joined.

Signed at Houston, Texas on June 7, 2016.

_____
Gray H. Miller
United States District Judge